IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:13-cr-00014-SLG-JDR |
|---|---|
| Plaintiff, | ) **PROTECTIVE ORDER** |
| vs. | ) |
| OU CHIEW SAETERN, | ) |
| Defendant. | ) |

Upon agreement of the parties, the discovery in the case is restricted as follows:

(1) The discovery in this case may not be distributed, shown, published, or otherwise made available to individuals other than the defendant, his defense attorney(s), defense investigators, potential witnesses, or experts or consultants specifically retained by defendant's counsel (hereinafter "the defense team"). In the case of potential witnesses, copies of the discovery should not be left in their custody and control.

(2) Images and video containing nude and/or pornographic images may not be left in the custody of any defendant.

(3) Members of the defense team shall make every effort to prevent unauthorized distribution of discovery (i.e., the defendant may not leave the discovery unattended in a place where others not associated with the defense team may view the discovery).

(4) Counsel for the defendants shall notify members of the defense team of this order, and specifically serve the order on their clients.

//

Disobedience of this order may result in prosecution for criminal contempt, in violation of Title 18, U.S.C. §§ 401, 402, and Federal Rule of Criminal Procedure 42. In addition, a violator of this order may face prosecution under 18 U.S.C. §§ 1512 (tampering with a witness), 1513 (retaliating against a witness), and conspiracy to commit these crimes.

DATED this 11th day of December, 2013, at Anchorage, Alaska.

/s/John D. Roberts, USMJ
Signature Redacted

JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE